UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>      v.<br><br>AT&T SERVICES, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-00403-JBA<br>)<br>)  **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF
<u>BRIAN J. WANCA TO APPEAR AS VISITING ATTORNEY</u>**

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for the admission of Brian J. Wanca of Anderson + Wanca, 3701 Algonquin Road, Suite 500, Rolling Meadows, Illinois 60008, to appear as a visiting attorney, *pro hac vice,* for Plaintiff Gorss Motels, Inc. in the above-captioned litigation.

Brian J. Wanca is a member of good standing in the bars of the States of Illinois and Indiana; the United States District Court for the Northern, Central and Southern Districts of Illinois, the United States District Court for the Northern and Southern Districts of Indiana; the United States District Court for the Eastern and Western Districts of Michigan; the United States District Court for the Eastern and Western Districts of Wisconsin; the United States District Court for the Northern District of Ohio, and the United States District Court for the Eastern District of Missouri.  Brian J. Wanca has not been denied admission to or been disciplined by this court or any other court.

This motion is based on the Affidavit of Brian J. Wanca, which is submitted concurrently herewith.

Dated:   March 17, 2017                           Respectfully submitted,

/s/ Aytan Y. Bellin
Aytan Y. Bellin  (ct28454)
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY   10606
Phone: 914-358-5345
Fax:  212-571-0284
Aytan.Bellin@bellinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                            /s/ Aytan Y. Bellin