## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut Corporation, individually and as the Representative of a class of similarly-situated persons,<br><br>          Plaintiff,<br><br>  v.<br><br>AT&T SERVICES, INC., AT&T INC., Delaware corporations, AT&T MOBILITY SERVICES LLC, AT&T MOBILITY LLC, Delaware limited liability companies, AT&T CORP., a New York corporation, and JOHN DOES 1-5,<br><br>          Defendants. | Civil No. 17-cv-00403-JBA<br><br>CLASS ACTION<br><br><br><br><br><br><br><br><br><br>May 1, 2017 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## KYLE J. STEINMETZ

Pursuant to D. Conn. L. Civ. R 83.1(d), undersigned counsel for Defendants AT&T Services, Inc., AT&T Inc., AT&T Mobility Services LLC, AT&T Mobility LLC, and AT&T Corp. (collectively "AT&T") hereby moves this Court to enter an Order admitting Kyle J. Steinmetz as a visiting lawyer to practice before the Court for purposes of representing AT&T in this case. In support of this motion, undersigned counsel states as follows:

    1.     Undersigned counsel represents AT&T in the above-captioned action and is admitted to practice before this Court.

2. Kyle J. Steinmetz is an attorney with the law firm of Mayer Brown LLP, with an office located at 71 S. Wacker Dr., Chicago, Illinois 60606. His telephone number is (312) 701-8547; his facsimile number is (312) 706-9178; his e-mail address is ksteinmetz@mayerbrown.com.

3. Mr. Steinmetz is a member in good standing of the bar of the State of Illinois (Bar No. 6300951), the court bars of Illinois State Courts, the United States District Court for the Northern District of Illinois; and the United States Court of Appeals for the Seventh and Tenth Circuits.

4. The additional qualifications and pertinent facts related to Mr. Steinmetz's application are included in the Affidavit of Kyle J. Steinmetz, attached to this Motion as <u>Exhibit A</u> and incorporated herein by reference.

5. The undersigned counsel for AT&T shall also represent and serve as the sponsoring lawyer for Kyle J. Steinmetz in accordance with the requirements of D. Conn. L. Civ. R. 83.1(d).

6. In accordance with D. Conn. L. Civ. R. 83.2, a fee of $75.00 accompanies this Motion.

7. WHEREFORE, the undersigned counsel respectfully requests that the Court grant the Motion for Admission Pro Hac Vice.

    Respectfully submitted,

    /s/ Timothy P. Jensen

    Timothy P. Jensen CT 18888
    O'Sullivan McCormack, Jensen & Bliss PC
    Putnam Park, Suite 100
    100 Great Meadow Road
    Wethersfield, CT 06109

Tel: (860) 258-1993
Fax: (860) 258-1991
tjensen@omjblaw.com

*Counsel for AT&T Services, Inc., AT&T Inc., AT&T Mobility Services LLC, AT&T Mobility LLC, and AT&T Corp.*

## **CERTIFICATE OF SERVICE**

I, Timothy P. Jensen, an attorney, hereby certify that on May 1, 2017, I electronically filed the foregoing using the CM/ECF system, which will send notification of the filing to all counsel of record who are registered on the CM/ECF system.

/s/ Timothy P. Jensen

Timothy P. Jensen CT 18888
O'Sullivan McCormack, Jensen & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109
Tel: (860) 258-1993
Fax: (860) 258-1991
tjensen@omjblaw.com

*Counsel for AT&T Services, Inc., AT&T Inc., AT&T Mobility Services LLC, AT&T Mobility LLC, and AT&T Corp.*

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut Corporation, individually and as the Representative of a class of similarly-situated persons, ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 17-cv-00403-JBA |
| ) ) | CLASS ACTION |
| AT&T SERVICES, INC., AT&T INC., Delaware corporations, AT&T MOBILITY SERVICES LLC, AT&T MOBILITY LLC, Delaware limited liability companies, AT&T CORP., a New York corporation, and JOHN DOES 1-5, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | May 1, 2017 |

### AFFIDAVIT OF KYLE J. STEINMETZ

I, Kyle J. Steinmetz, hereby deposes and states:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney with the law firm of Mayer Brown LLP, with an office located at 71 S. Wacker Dr., Chicago, Illinois 60606. My telephone number is (312) 701-8547; my facsimile number is (312) 706-9178; and my e-mail address is ksteinmetz@mayerbrown.com.

3. I am a member in good standing of the bar of the State of Illinois (Bar No. 6300951), the court bars of Illinois State Courts, the United States District Court for the Northern District of Illinois; and the United States Court of Appeals for the Seventh and Tenth Circuits. My certificate of good standing issued by the Clerk of the Illinois Supreme Court is attached as Exhibit 1 to this affidavit.

4. I have never been denied admission to or disciplined by the United States District Court for the District of Connecticut or by any other court. I have never resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Timothy P. Jensen as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to the bar of this Court.

Dated: May 1, 2017

*(signature)*

Kyle J. Steinmetz
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 701-8547
Telecopier: (312) 706-9178
ksteinmetz@mayerbrown.com

*Counsel for AT&T Services, Inc., AT&T Inc., AT&T Mobility Services LLC, AT&T Mobility LLC, and AT&T Corp.*

On the 1st day of May, 2017, before me personally appeared, Kyle J. Steinmetz, who swore to and subscribed the above affidavit before me.

*Patricia M. Perretti*

Notary Public

My Commission Expires: December 10, 2020

OFFICIAL SEAL
PATRICIA M. PERRETTI
Notary Public - State of Illinois
My Commission Expires 12/10/2020

2

# EXHIBIT 1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kyle Joseph Steinmetz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2009 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of April, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois