UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY, LLC and AT&T MOBILITY NATIONAL ACCOUNTS, LLC,<br><br>        Defendants. | Civil Action No. 17-cv-00403-JBA<br><br>**CLASS ACTION**<br><br>June 1, 2017 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants AT&T Mobility, LLC and AT&T Mobility National Accounts, LLC (collectively "AT&T" or the "Defendants") respectfully move to dismiss the claims alleged against AT&T in Plaintiff's First Amended Complaint in their entirety and with prejudice. The grounds for the motion (which are set forth in more depth in the accompanying memorandum) are that (i) Plaintiff has failed to state a claim because he has not alleged that he did not give his permission to receive the fax at issue in this case from Wyndham Worldwide Corporation; (ii) Plaintiff's claims for violations of the FCC's regulations regarding opt-out notices on solicited faxes should be dismissed because the regulations have been overturned by the D.C. Circuit; and (iii) Plaintiff's claims for violations of the FCC's regulations regarding opt-out notices on solicited faxes should be dismissed because Plaintiff has not alleged facts to support Article III standing.

Dated:  June 1, 2017

RESPECTFULLY SUBMITTED,

DEFENDANTS

By: /s/ Hans J. Germann
       Their Attorneys

Timothy P. Jensen (ct18888)
O'SULLIVAN McCORMACK, JENSEN
& BLISS PC
100 Great Meadow Road
Wethersfiled, CT  06109
Telephone: 860-258-1993
Fax: 860-258-1991
Email: tjensen@omjblaw.com

Hans J. Germann (admitted *pro hac vice*)
Kyle J. Steinmetz (admitted *pro hac vice*)
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606
hgermann@mayerbrown.com
ksteinmetz@mayerbrown.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2017, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this document through the court's CM/ECF System.

    /s/  Hans J. Germann