UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Gorss Motels,
    *Plaintiff,*

*v.*                                                                                                                                      No. 17-403 (JBA)

AT&T, et al.,
    *Defendants.*

## ORDER OF ADMINISTRATIVE DISMISSAL

Plaintiff filed its Petition for Permission to Appeal with the Second Circuit on February 28, 2019 and Unopposed Motion to Stay [Doc. # 80] pending further proceedings pending disposition of appeal. Plaintiff's Unopposed Motion is granted and accordingly this case will be administratively closed pending disposition of Plaintiff's Petition before the United States Court of Appeals for the Second Circuit. The court directs that the case be removed from the active docket and administratively closed.

The parties shall file a status report and Supplemental 26(f) Planning Report ten calendar days following the Second Circuit's disposition of the pending appeal.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    April 17, 2019

1