UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Gorss,
    *Plaintiff*,
    v.

AT&T,
    *Defendant.*

Docket No. 17-cv-403(JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by November 23, 2020.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

                                            IT IS SO ORDERED.

                                            /s/_____
                                            Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd day of October 2020.